# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:02CR94-11-M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ENRIQUE MARTINEZ ORTIZ, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This matter is before the Court on the Government's "Motion to Unseal Superseding Indictment" (document # 486) in the above case, filed on September 20, 2006. For the reason stated therein, the Motion is hereby **GRANTED**.

**SO ORDERED.**

Signed: September 21, 2006

Carl Horn, III
United States Magistrate Judge